1052

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN CHARLES CUSH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-04202-0, Anthony P. Wartnik, J., entered September 11, 2002. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. MARCUS DANIEL WENTLING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-01439-5, Michael Heavey, J., entered September 13, 2002. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. OMAR BRUNO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-01894-3, Steven G. Scott, J., entered September 16, 2002. *Affirmed* by unpublished per curiam opinion.

MICHAEL RENZ, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-25492-8, James D. Cayce, J., entered October 9, 2002. *Affirmed* by unpublished per curiam opinion.